UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09
```

JASON K. SOLOMON, *et al.*,

            Plaintiffs,

-v-

AMAC INC., *et al.*,

            Defendants.

No. 09 Civ. 7844 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The initial status conference currently scheduled for Wednesday, November 18, 2009 at 5:00 p.m. is adjourned to Friday, December 4, 2009 at 9:00 a.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The date by which the parties shall provide the Court with the initial submissions, as set forth in the Court's order dated October 30, 2009, is adjourned to Wednesday, November 18, 2009.

SO ORDERED.

Dated:      October 30, 2009
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE